CHARLES P. STEVENSON, Appellant, *v.* EDWIN D. FOX, Respondent.

*Stevenson* v. *Fox*, 40 App. Div. 354, affirmed.
(Argued May 14, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 14, 1899, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury.

*David B. Ogden* and *Robert Girven* for appellant.

*Charles W. Zaring* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON, CULLEN and WERNER, JJ.

---

ESTHER A. HULSE et al., Appellants, *v.* WILLIAM T. BACON et al., Respondents.

*Hulse* v. *Bacon*, 40 App. Div. 89, affirmed.
(Argued May 14, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*A. A. Spear* for appellants.

*Thomas J. Ritch, Jr.,* and *George C. Case* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON and WERNER, JJ. Not sitting: CULLEN, J.